UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONTE JONES,

                Plaintiff,

        -v-

WHOLE FOODS MARKET GROUP, INC.,

                Defendant.

24-CV-6030 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On consent of the parties, as confirmed during the telephonic conference on October 18, 2024, Whole Foods LLC is hereby dismissed as a Defendant in the above-captioned case.

    This case shall be captioned "*Monte Jones v. Whole Foods Market Group, Inc.*"

    SO ORDERED.

Dated: October 18, 2024
       New York, New York

                                 J. PAUL OETKEN
                       United States District Judge